UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KENNETH PAUL ANDERSON,<br><br>Defendant. | Case: 2:25−cr−20912<br>Assigned To : McMillion, Brandy R.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 12/15/2025<br>Description: INFO USA V. ANDERSON (AB)<br><br>Vio: 18 U.S.C. § 1956 (a)(1)(B)(i) |

### INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
18 U.S.C. § 1956(a)(1)(B)(i)
*Laundering of Monetary Instruments*

On or about September 1, 2025, in the Eastern District of Michigan, the defendant, Kenneth Paul Anderson, knowingly conducted financial transactions affecting interstate and foreign commerce which involved the proceeds of a specified unlawful activity, that is, kidnapping, in violation of 18 U.S.C. § 1201, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of kidnapping.

All in violation of 18 U.S.C. § 1956 (a)(1)(B)(i).

## FORFEITURE ALLEGATIONS

### (18 U.S.C. § 981 and 28 U.S.C. § 2461; 18 U.S.C. § 982)

1. The allegations contained in Count 1 of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461 (for Count 1) and pursuant to Title 18, United States Code, Sections 982(a)(1) (for Count 2).

2. Upon conviction of the offense charged in Count 1, in violation of Title 18, United States Code, Section 1956, defendant shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

3. Money Judgment: Upon conviction of violating Title 18, United States Code, Section 1956, defendant shall be ordered to pay the United States a sum of money equal to the total amount involved in such offense.

4. Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third party;

   c. Has been placed beyond the jurisdiction of the Court;

   d. Has been substantially diminished in value; or

   e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

JEROME F. GORGON JR.
United States Attorney



_____
CRAIG F. WININGER
Chief, Violent & Major Crimes Unit
Assistant United States Attorney

_____
ANDREW R. PICEK
DIANE N. PRINC
Assistant United States Attorneys

Dated:  December 15, 2025

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>25-CR-20761 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** 25-CR-20761 |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** Brandy R. McMillion |
| ☐ Yes    ☒ No | **AUSA's Initials:** s/A.P |

**Case Title:** USA v. Kenneth Paul Anderson

**County where offense occurred:** Oakland  - (September 1, 2025)

**Check One:**   ☒ Felony    ☐ Misdemeanor    ☐ Petty

```
____Indictment/____Information --- no prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [Case number: 25-MJ-30612    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| Kenneth Paul Anderson | 18 U.S.C § 1956(a)(1)(B)(i) | 24-MJ-30612 |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

December 15, 2025
Date

s/Andrew Picek
Andrew Picek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9652
E-Mail address: Andrew.Picek@usdoj.gov
Attorney Bar #:  OH0082121

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.